UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

PRINCE MARKO PRESTON &
DAVID ROBERT VARLINE,

    Defendant.
_____/

Case No.: 2:24-cr-19

Hon. Hala Y. Jarbou
Chief U.S. District Judge

**FILED UNDER SEAL**

## GOVERNMENT'S MOTION FOR DETENTION

The United States Attorney moves for pretrial detention of the defendant, David Robert Varline, under 18 U.S.C. §§ 3142(f)(1)(C), because the case involves an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act. There is a rebuttable presumption of detention because the defendant is charged with conspiracy to distribute and possess with intent to distribute controlled substances under 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1), (b)(1)(C).  18 U.S.C. § 3142 (e)(3)(A); *United States v. Brown*, 538 F. Supp. 3d 154, 165 (D.D.C. 2021).

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated:  September 4, 2024

/s/ *Jacob S. Metoxen*
JACOB S. METOXEN
Assistant United States Attorney