UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:24-cr-19-02

    Hon. Hala Y. Jarbou

DAVID ROBERT VARLINE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 23, 2025, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's guilty plea as to Count 1 be accepted. (R&R, ECF No. 47.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on February 6, 2025.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 47) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement (ECF No. 21) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing, now scheduled for **May 13, 2025**.

Dated: February 7, 2025          /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE